[No. 61141-1-I.   Division One.   January 18, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. RAMIRO RODRIGUEZ, JR., *Appellant*.

*Affirmed in part* and *remanded* by unpublished per curiam opinion.

[No. 62162-9-I.   Division One.   January 18, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. BRYON CHARLES KOELLER, *Appellant*.

*Reversed* and *remanded* by unpublished opinion per Leach, J., concurred in by Dwyer, C.J., and Grosse, J.

[No. 62395-8-I.   Division One.   January 18, 2011.]

*In the Matter of the Personal Restraint of* ARMONDO RAY SEPULVEDA, *Petitioner*.

*Denied* by unpublished opinion per Ellington, J., concurred in by Grosse and Schindler, JJ.

[No. 64002-0-I.   Division One.   January 18, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. AMNON ASHE, *Appellant*.

*Remanded* by unpublished opinion per Spearman, J., concurred in by Dwyer, C.J., and Grosse, J.